UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| JUDITH LUELL, *et al.*, | Case No. 2:19-cv-01123-KJD-GWF |
|---|---|
| Plaintiffs, | |
| v. | **ORDER** |
| CARDIO VASCULAR BIOTHERAPEUTICS, INC., | |
| Defendant. | |

This matter is before the Court on the Plaintiffs failure to file their Certificate as to Interested Parties as required by LR 7.1-1. The Complaint (ECF No. 1) in this matter was filed on June 27, 2019. LR 7.1-1 requires that pro se parties and attorneys for private non-governmental parties must, upon entering a case, file a certificate as to interested parties, listing all persons, firms, partnerships or corporations, known to have a direct, pecuniary interest in the outcome of the case, including the names of all parent subsidiary, affiliate and/or insider of the named non-individual parties. If there are no known interested parties, other than those participating in the case, a statement to that effect must be filed. To date, Plaintiffs have failed to comply. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs shall file their Certificate as to Interested Parties, which fully complies with LR 7.1-1 no later than **August 1, 2019**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

Dated this 25th day of July, 2019.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

1